**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JALEEL TARIQ ABDUL-JABBAAR,<br><br>Defendant. | NO. CR08-157-TSZ<br><br>SUMMARY REPORT OF<br>U.S. MAGISTRATE JUDGE AS<br>TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on February 22, 2012. The United States was represented by Assistant United States Attorney Todd Greenberg, and the defendant by Peter Avenia.

The defendant had been charged with Unlawful Possession of a Firearm in violation of 18 U.S.C. § 922(g). On or about October 29, 2009, defendant was sentenced by the Honorable Thomas S. Zilly to a term of 12 months and 1 day in custody, to be followed by 3 years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in substance abuse and mental health programs, no firearms, submit to search, and reside in residential reentry program.

In a Petition for Warrant or Summons dated February 17, 2012, U.S. Probation Officer Felix Calvillo, Jr. asserted the following violation by defendant of the conditions of his supervised release:

1. Failing to satisfactorily participate in a residential reentry center program by being terminated on or about February 16, 2012, in violation of the special condition of supervision.

The defendant was advised of his rights, acknowledged those rights, and admitted to violation1.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violation 1, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Thomas S. Zilly on March 15, 2012 at 1:30 p.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 22nd day of February, 2012.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge: Honorable Thomas S. Zilly
AUSA: Todd Greenberg
Defendant's attorney: Peter Avenia
Probation officer: Felix Calvillo, Jr.